| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Treetops Acquisition Company, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**02-0632818** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3962 Wilkinson Road**<br>**Gaylord, MI**<br><div align=right>ZIP Code<br>**49735**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Otsego** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Treetops Acquisition Company, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Treetops Acquisition Company, LLC**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jason W. Bank**
 Signature of Attorney for Debtor(s)

 **Jason W. Bank P54447**
 Printed Name of Attorney for Debtor(s)

 **Kerr, Russell and Weber, PLC**
 Firm Name

 **500 Woodward Avenue, Suite 2500**
 **Detroit, MI 48226-3427**

 _____
 Address

 **Email: jbank@kerr-russell.com**
 **313-961-0200**
 Telephone Number

 **November 25, 2014**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard B. Owens**
 Signature of Authorized Individual

 **Richard B. Owens**
 Printed Name of Authorized Individual

 **General Manager**
 Title of Authorized Individual

 **November 25, 2014**
 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re **Treetops Acquisition Company, LLC** _____, Case No. _____
                                                    Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

1.  **DBA    Treetops**
2.  **DBA    Treetops Sylvan Resort**
3.  **DBA    Treetops Resort**
4.  **DBA    Sylvan Resort**
5.  **DBA    Treetops Jones Estates Property Owners Association, Inc.**
6.  **DBA    Treetops North Estates Condominium Association, Inc.**
7.  **DBA    Treetops South Village Property Management Association, INc.**
8.  **DBA    Treetops Tradition Condominium Association, Inc.**
9.  **DBA    Treetops Enterprises, LLC**
10. **DBA    Treetops Holding Company**
11. **DBA    Treetops Land Company, LLC**
12. **DBA    Treetops Land Development Company, LLC**
13. **DBA    Treetops Realty, Inc.**

# United States Bankruptcy Court
## Eastern District of Michigan

In re    __Treetops Acquisition Company, LLC__             ,     Case No. _____

                                         Debtor          Chapter _____ __11__

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 118 Capital Fund, Inc.<br>Attn: D. Scott Luttrell<br>1899 Maple Avenue<br>Suite 150<br>Dallas, TX 75219 | Class A Voting | 7.051727% Voting | Membership |
| Al Wisne Revocable Trust<br>4084 Harborview Ridge<br>Bay Harbor, MI 49770 | Class A Voting | 21.078675% Voting | Membership |
| CCOS Florida, LLLP<br>Attn: Bob Sierra<br>509 Guisando De Avila<br>Tampa, FL 33613 | Class A Voting | 4.307857% Voting | Membership |
| Melling Tool Co.<br>Attn: Mark Mandrick<br>PO Box 1188<br>Jackson, MI 49204 | Class A Voting | 14.808623% Voting | Membership |
| R&R Partners Limited Partnership<br>Attn: Mark Ridenour<br>One Seagate Drive<br>24th Floor<br>Toledo, OH 43604 | Class A Voting | 15.526722% Voting | Membership |
| Rick Smith Properties, Inc.<br>Attn: Rick Smith<br>28503 East River Road<br>Perrysburg, OH 43551 | Class B Non-Voting | 0% Voting | Membership |
| RJL Family Limited Partnership<br>Attn: Robert J. Lanigan<br>Four Sea Gate<br>Suite 650<br>Toledo, OH 43604 | Class A Voting | 9.974780% Voting | Membership |
| Robert J. Eaton<br>9675 Mashie Ct.<br>Naples, FL 34108 | Class A Voting | 22.943759% Voting | Membership |
| SB General Partners<br>Attn: Bob Sierra<br>509 Guisando De Avila<br>Tampa, FL 33613 | Class A Voting | 4.307857% Voting | Membership |

    __0__    continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

In re    **Treetops Acquisition Company, LLC**               ,      Case No. _____

                                        Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**November 25, 2014**_____        Signature_**/s/ Richard B. Owens**_____
                                               **Richard B. Owens**
                                             **General Manager**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Treetops Acquisition Company, LLC**

                                        Debtor(s)

Case No. _____

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the General Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 25, 2014**

**/s/ Richard B. Owens**

**Richard B. Owens**/**General Manager**
Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

118 Capital Fund, Inc.
Attn: D. Scott Luttrell
1999 Maple Avenue
Suite 150
Dallas, TX 75219


123 Net, Inc.
24700 Northwestern Hwy
Suite 700
Southfield, MI 48075


Aero Filter, Inc.
1604 E. Avis Dr
Madison Heights, MI 48071-1501


Ahead Headgear, Inc.
270 Samuel Barnett Blvd.
New Bedford, MA 02745


Al Wisne Revocable Trust dated 9/12/91
4084 Harborview Ridge
Bay Harbor, MI 49770


American Waste
PO Box 1030
Kalkaska, MI 49646


Antigua Group, Inc.
2903 Paysphere Circle
Chicago, IL 60674


Arrow Uniforms-Dept 039101
6400 Monroe Blvd.
Taylor, MI 48180


ASCAP
21678 Network Place
Chicago, IL 60673-1216


Bandits International
404 Vogel St
Boyne City, MI 49712

Barnes & Ross, CPA
500 Renaissance Dr
Suite 104
Saint Joseph, MI 49085


Bell Sports, Inc.
3367 Paysphere Circle
Chicago, IL 60674


Black's Forklift Sales & Service, Inc.
4324 Beck Road
Jonesville, MI 49250


Blarney Stone Broadcasting, Inc.
WGRY AM/RM & QGON-FM
6514 Old Lake Road
Grayling, MI 49738


Buckeye Wolverine Golf
8659 Jackman Road
Temperance, MI 48182


Bushnell
Dept. Ch 16395
Palantine, IL 60555-6395


Carrot-Top Industries Inc.
PO Box 820
328 Elizabeth Brady Road
Hillsborough, NC 27278


CCOS Florida Limited, LLP
Attn: Bob Sierra
509 Guisando De Avila
Tampa, FL 33613


Choice Publications
112 E. Sixth Street
PO Box 382
Gaylord, MI 49735


CIDR-FM
30100 Telegraph Road
Suite 460
Franklin, MI 48025

Commercial Pool & Spa, Inc.
1167 East Highway 36
Maplewood, MN 55109-2007


De Lage Landen Financial Servi
PO Box 41601
Philadelphia, PA 19101-1601


De Lage Landen Financial Services
Lease Processing Center
1111 Old Eagle School Rd
Wayne, PA


Deere Credit, Inc.
John Deere Financial
6400 NW 86th St
PO Box 6600
Johnston, IA 50131-6600


Digital Alchemy, LLC
5750 Stratum Drive
Fort Worth, TX 76137-2725


Dover Township
PO Box 128
Gaylord, MI 49734


Dozer Construction
8476 Yuill Street
Vanderbilt, MI 49795


Dunn's Office Supply
PO Box 248
Gaylord, MI 49734


Engineered Protection Systems, Inc.
750 Front NW
Suite 300
Grand Rapids, MI 49504-4400


Enterprise Rent-A-Car
Enterprise Holding, Inc.
PO Box 402383
Atlanta, GA 30384-2383

Enviro-Brite Solutions, LLC
5606 F-41
Oscoda, MI 48750


EverBank Commercial Finance
PO Box 911608
Denver, CO 80291-1608


FAC, Inc.
320 Sycamore Way Dr
Grand Rapids, MI 49546


Fick & Sons, Inc.
113 Fig Street
Grayling, MI 49738


Filmar USA Inc.
4005 Sartelon
Montreal, Quebec H46 2A6
CANADA


Frontier
PO Box 20550
Rochester, NY 14602-0550


Fusion Media Strategies
279 Pray Road
Gaylord, MI 49735


Gaylord Community Schools
300 East Fifth St
Gaylord, MI 49735


Gaylord Ford, Inc.
1928 S. Otsego
Gaylord, MI 49735


Gear for Sports
12193 Collections Center Dri
Chicago, IL 60693


Gill-Roy's Do-It Best Hardware
6429 West Pierson Road
Suite 19
Flushing, MI 48433

Golf Design, Inc.
11591 Markon Drive
Garden Grove, CA 92841


Golf Starrx
7004 Ada Drive
Ada, MI 49301


Gordon Food Service
Payment Processing Center
Dept CH 10490
Palatine, IL 60055-0490


Grainger
Dept 826355125
Palatine, IL 60038-0001


Great Lakes Golf Cars
PO Box 306
Walled Lake, MI 49390


Great Lakes Pipe & Supply
901 Dickerson
Gaylord, MI 49735


Great Lakes Plumbing & Heating
PO Box 2090
Petoskey, MI 49770


Grime Busters
PO Box 1591
Gaylord, MI 49734


Harrell's LLC
720 Kraft Road
Lakeland, FL 33815


Harrell's LLC
PO Box 935358
Atlanta, GA 31193-5358


HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

Idea Stream
104 S. Union Street
Suite 212
Traverse City, MI 49684


International Financial Services Corp
1113 S Milwaukee Avenue
Suite 301
Libertyville, IL 60048


J&M Golf
319 Industrial Drive
Griffith, IN 46319


John E. Green Company
PO Box 638438
Cincinnati, OH 45263-8438


JW Turf, Inc.
14 N 937 US Hwy 230
Hampshire, IL 60140


Kassbohrer All Terrain Vehicles, Inc.
8850 Double Diamond Parkway
Reno, NV 89521


Kenny Outdoor Solutions
8420 Zionsville Road
Indianapolis, IN 46268


Kombi Ltd.
6 Thompson Dr
Essex, VT 05451


Lowes of Gaylord
Lowe's Prox
PO Box 530954
Atlanta, GA 30353-0954


Make It Mine Design
147 W. Main Street
Gaylord, MI 49735

Melling Resorts International, Inc.
2620 Saradan Drive
Jackson, MI 49203


Melling Tool Co.
2620 Saradan Drive
Jackson, MI 49202


Messiaen Mills USA
PO Box 848
Georgetown, CO 80444


Michael Miles
c/o Owen B. Dunn, Esq.
Law Office of Owen B. Dunn, Jr.
4334 W. Central Ave, Suite 222
Toledo, OH 43615


Michigan Logos, Inc.
5030 Northwind Drive
Suite 103
East Lansing, MI 48823


Mid-North Printing
316 W. Second
Gaylord, MI 49735


Mid-States Bolt & Screw Co.
pO Box 2050
Flint, MI 48501-2050


Mitchell Grapics, Inc.
2363 Mitchell Park Drive
Petoskey, MI 49770-9604


Navitas Lease Corp
PO Box 3491
Jacksonville, FL 32204-3491


New Century Signs
PO Box 765
Gaylord, MI 49734

New Equipment Leasing, Inc.
PO Box 97
Ada, MI 49301-0097


Newmarket International, Inc.
PO Box 845707
Boston, MA 02284-5707


Northern Michigan Review, Inc.
319 State Street
Petoskey, MI 49770


NXKEM Products
PO Box 330
Bolingbroke, GA 31004-0330


NXTEC Sales Group
PO Box 7185
Macon, GA 31209-7185


Office Max, Inc.
75 Remittance Drive
#2698
Chicago, IL 60675-2698


Ohiopyle Prints Inc.
410 Dinnerbell Road
Ohiopyle, PA 15470


Otsego County Treasurer
225 West Main St
Room 107
Gaylord, MI 49735


Par Springer-Miller Systems, Inc.
782 Mountain Road
Stowe, VT 05672


Parmenter O'Toole
601 Terrace Street
Muskegon, MI 49440


Parmenter O'Toole
PO Box 786
Muskegon, MI 49443

PASEA, LLC
Attn: R. Steve Loy, Manager
3845 N. Northsight Blvd.
Suite 200
Scottsdale, AZ 85260


Patriot Steel & Fabrication Inc.
PO Box 1664
Gaylord, MI 49734


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


PNC Equipment Finance
995 Dalton Avenue
Cincinnati, OH 45203


Premier Publications and Shows
447 Sppers Road
Suite 4
Oakville, Ontario  L6K 3S7
CANADA


Pure Water Works
1040 S. Garfield Avenue
Traverse City, MI 49686


R & R Partners Limited Partnership
Attn: Mark Ridenour
One Seagate Drive
24th Floor
Toledo, OH 43604


Rainbow Plaque Co.
PO Box 3086
Gaylord, MI 49734


Rick Smith Properties
28503 East River Road
Perrysburg, OH 43551


Rick Smith Properties, Inc.
Attn: Rick Smith
28503 East River Road
Perrysburg, OH 43551

RJL Family Limited Partnership
Attn: Robert J. Lanigan
Four Sea Gate
Suite 650
Toledo, OH 43604


Robbins and Associates
100 Parkthrough Street
Cary, NC 27511


Robert J. Eaton
9675 Mashie Ct.
Naples, FL 34108


RSA Room Service Amenities
1010 Campus Drive West
Morganville, NJ 07751


Saloncentric Midwest
62678 Collections Center Drive
Chicago, IL 60693-0678


Sandbox
7223 N. Fitzsimmons Rd
Whistler, BD VON 187
CANADA


Save-A-Lot
1396 West Main Street
Gaylord, MI 49735


SB General Partners
Attn: Bob Sierra
509 Guisando De Avila
Tampa, FL 33613


Scientific Brake and Equipment
314 W. Genesee Ave
Saginaw, MI 48602


Scott USA
PO Box 26004
Salt Lake City, UT 84126-0004

Seton
PO Box 819
20 Thompson Road
Branford, CT 06405-0819


Sherwin-Williams
959 Wisconsin Ave
Gaylord, MI 49735


Simanco III, Inc.
509 Guisdando DeAvila
Suite 200
Tampa, FL 33613


SnoCountry Mountain Reports
578 23rd St
Ogden, UT 84401


Snow Machines, Inc.
1512 N Rockwell Dr
Midland, MI 48462-8718


Spartan Distributing, Inc.
PO Box 672995
Detroit, MI 48267-2995


Spartan Sewer & Septic Tank SE
5574 Mc Coy Road
Gaylord, MI 49735


Standard Electric Company
PO Box 5389
Saginaw, MI 48603-0289


Sterling Cut Glass
PO Box 75148
Cincinnati, OH 45275-0148


Sterling Testing
PO Box 35626
Newark, NJ 07193-5626


Supreme International, LLC
PO Box 277017
Atlanta, GA 30384-7017

Swany Ski Division
115 Corporate Drive
Johnstown, NY 12095


SWIX Sport USA Inc.
60 Newark Street
Haverhill, MA 01832


TAC II, LLC
100 South Ashley Drive
Suite 2100
Tampa, FL 33602


Taylor Made
5545 Fermi Ct.
Carlsbad, CA 92008


Taylor Made
PO Box 406043
Atlanta, GA 30384-6043


TCF Equipment Finance, Inc.
1111 West San Marnan Dr
Suite A2 West
Waterloo, IA 50701-8926


The Home Depot/GECF
Dept 32-2502914751
PO Box 9055
Des Moines, IA 50368-9055


The Nailco Group
29683 W.K. Smith Drive
New Hudson, MI 48165


Tiger Oak Publications, Inc.
900 South 3rd Street
Minneapolis, MN 55415


TravelClick, Inc.
PO Box 71199
Chicago, IL 60694-1199

Travis Mathew, LLC
14520 Delta Lane
#104
Huntington Beach, CA 92647


True North Radio Network
125 Eagles Nest Drive
Seneca, SC 29678


Turnstile Enterprises
1500 Park Center Drive
Orlando, FL 32835-5705


United Parcel Service
Lock Box 577
Carol Stream, IL 60132-0577


Valley City Linen, Inc.
10 Diamond SE
Grand Rapids, MI 49506


Wal-Mart Business/GECRB
PO Box 530934
Atlanta, GA 30353-0934


WATZ-FM
314 E Front Street
PO Box 472
Traverse City, MI 49685


Weather Apparel Company
PO Box 726
Huger, SC 29450


Weather Apparel Company LLC
115F Cainhoy Road
Charleston, SC 29492


Wells Fargo Financial Leasing, Inc.
800 Walnut Street
Des Moines, IA 50309


West Michigan Travel and Tours
251 Union Southeast
Grand Rapids, MI 49503

```
Wolfson Bolton, PLLC
3150 Livernois
Suite 275
Troy, MI 48083


WUPS 98.5 FM
PO Box 468
Prudenville, MI 48651
```