B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Treetops Acquisition Company, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Antigua Group, Inc.<br>2903 Paysphere Circle<br>Chicago, IL 60674 | Antigua Group, Inc.<br>2903 Paysphere Circle<br>Chicago, IL 60674 | | | 10,504.84 |
| Barnes & Ross, CPA<br>500 Renaissance Dr<br>Suite 104<br>Saint Joseph, MI 49085 | Barnes & Ross, CPA<br>500 Renaissance Dr<br>Suite 104<br>Saint Joseph, MI 49085 | | | 3,680.00 |
| Dozer Construction<br>8476 Yuill Street<br>Vanderbilt, MI 49795 | Dozer Construction<br>8476 Yuill Street<br>Vanderbilt, MI 49795 | | | 282,446.50 |
| Filmar USA Inc.<br>4005 Sartelon<br>Montreal, Quebec  H46 2A6<br>CANADA | Filmar USA Inc.<br>4005 Sartelon<br>Montreal, Quebec  H46 2A6 | | | 4,903.67 |
| Gear for Sports<br>12193 Collections Center Dri<br>Chicago, IL 60693 | Gear for Sports<br>12193 Collections Center Dri<br>Chicago, IL 60693 | | | 4,141.04 |
| Gordon Food Service<br>Payment Processing Center<br>Dept CH 10490<br>Palatine, IL 60055-0490 | Gordon Food Service<br>Payment Processing Center<br>Dept CH 10490<br>Palatine, IL 60055-0490 | | | 65,347.86 |
| Harrell's LLC<br>720 Kraft Road<br>Lakeland, FL 33815 | Harrell's LLC<br>720 Kraft Road<br>Lakeland, FL 33815 | | | 132,139.74 |
| Kassbohrer All Terrain Vehicles, Inc.<br>8850 Double Diamond Parkway<br>Reno, NV 89521 | Kassbohrer All Terrain Vehicles, Inc.<br>8850 Double Diamond Parkway<br>Reno, NV 89521 | | | 6,323.03 |
| Kenny Outdoor Solutions<br>8420 Zionsville Road<br>Indianapolis, IN 46268 | Kenny Outdoor Solutions<br>8420 Zionsville Road<br>Indianapolis, IN 46268 | | | 4,132.44 |
| Kombi Ltd.<br>6 Thompson Dr<br>Essex, VT 05451 | Kombi Ltd.<br>6 Thompson Dr<br>Essex, VT 05451 | | | 4,110.14 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Treetops Acquisition Company, LLC**   Case No. _____
            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Parmenter O'Toole<br>601 Terrace Street<br>Muskegon, MI 49440 | Parmenter O'Toole<br>601 Terrace Street<br>Muskegon, MI 49440 | | | 561,441.73 |
| Robbins and Associates<br>100 Parkthrough Street<br>Cary, NC 27511 | Robbins and Associates<br>100 Parkthrough Street<br>Cary, NC 27511 | | | 9,203.07 |
| Scott USA<br>PO Box 26004<br>Salt Lake City, UT 84126-0004 | Scott USA<br>PO Box 26004<br>Salt Lake City, UT 84126-0004 | | | 4,184.09 |
| Simanco III, Inc.<br>509 Guisdando DeAvila<br>Suite 200<br>Tampa, FL 33613 | Simanco III, Inc.<br>509 Guisdando DeAvila<br>Suite 200<br>Tampa, FL 33613 | | Contingent<br>Disputed | 158,632.00 |
| Snow Machines, Inc.<br>1512 N Rockwell Dr<br>Midland, MI 48462-8718 | Snow Machines, Inc.<br>1512 N Rockwell Dr<br>Midland, MI 48462-8718 | | | 19,115.00 |
| Swany Ski Division<br>115 Corporate Drive<br>Johnstown, NY 12095 | Swany Ski Division<br>115 Corporate Drive<br>Johnstown, NY 12095 | | | 6,717.42 |
| Taylor Made<br>5545 Fermi Ct.<br>Carlsbad, CA 92008 | Taylor Made<br>5545 Fermi Ct.<br>Carlsbad, CA 92008 | | | 4,996.84 |
| The Home Depot/GECF<br>Dept 32-2502914751<br>PO Box 9055<br>Des Moines, IA 50368-9055 | The Home Depot/GECF<br>Dept 32-2502914751<br>PO Box 9055<br>Des Moines, IA 50368-9055 | | | 3,905.14 |
| Weather Apparel Company LLC<br>115F Cainhoy Road<br>Charleston, SC 29492 | Weather Apparel Company LLC<br>115F Cainhoy Road<br>Charleston, SC 29492 | | | 4,942.93 |
| Wolfson Bolton, PLLC<br>3150 Livernois<br>Suite 275<br>Troy, MI 48083 | Wolfson Bolton, PLLC<br>3150 Livernois<br>Suite 275<br>Troy, MI 48083 | | | 9,205.54 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Treetops Acquisition Company, LLC**  Case No. _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 25, 2014**       Signature  **/s/ Richard B. Owens**
                                            **Richard B. Owens**
                                            **General Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy