**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DISTRICT – BAY CITY**

| | |
|---|---|
| In re: | Chapter 11 |
| **TREETOPS ACQUISITION COMPANY, LLC,** | Case No. 14-22602-dob |
| Debtor. | Hon. Daniel S. Opperman |
| _____/ | |

**AMENDED
STIPULATION REGARDING ADJOURNMENT OF HEARING ON FINAL
APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE
PLAN OF REORGANIZATION OF TREETOPS ACQUISITION COMPANY, LLC**

Treetops Acquisition Company, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case, the Official Committee of Unsecured Creditors, Otsego County Treasurer, the United States Trustee, Melling Resorts International, Inc. and Melling Tool Co., by and through their undersigned counsel, hereby stipulate to entry of the proposed Order attached hereto as **Exhibit 1**, and respectfully request that the Court enter such proposed Order.

Dated: February 6, 2015

| **KERR, RUSSELL AND WEBER, PLC** | **HONIGMAN MILLER SCHWARTZ AND COHN LLP** |
|---|---|
| By: /s/ Jason W. Bank | By: /s/Scott B. Kitei |
| Jason W. Bank (P54447) | Joseph R. Sgroi (P68666) |
| Daniel W. Byrne (P72287) | Scott B. Kitei (P78064) |
| 500 Woodward Avenue, | 2290 First National Building |
| Suite 2500 | 660 Woodward Avenue |
| Detroit, MI 48226 | Detroit, MI 48226 |
| Telephone: (313) 961-0200 | Telephone: (313) 465-7000 |
| jwbank@kerr-russell.com | jsgroi@honigman.com |
| dbyrne@kerr-russell.com | skitei@honigman.com |
| *Counsel for the Debtor and Debtor in Possession* | *Proposed Counsel for the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| **FOSTER SWIFT COLLINS & SMITH, P.C.** | **KILPATRICK & ASSOCIATES, P.C.** |
| By: /s/ Scott A. Chernich<br>Scott A. Chernich (P48893)<br>David R. Russell (P68568)<br>Patricia J. Scott (P73061)<br>313 S. Washington Square<br>Lansing, MI 48933<br>Telephone: (517) 371-8133<br>schernich@fosterswift.com | By: /s/ Leonora K. Baughman<br>Richardo I. Kilpatrick (P35275)<br>Leonora K. Baughman (P33534)<br>903 N. Opdyke Road<br>Suite C<br>Auburn Hills, MI 48326<br>Telephone: (248) 377-0700<br>ecf@kaalaw.com |
| *Counsel for Melling Resorts International, Inc. and Melling Tool Co.* | *Counsel for Otsego County Treasurer* |
| | **DANIEL M. McDERMOTT**<br>**UNITED STATES TRUSTEE REGION 9** |
| | By: /s/ Jill Gies<br>Jill Gies (P56345)<br>U.S. Dept. of Justice<br>211 West Fort Street, Suite 700<br>Detroit, MI 48226<br>Telephone: (313) 226-7913<br>jill.gies@usdoj.gov |

# EXHIBIT 1

# Proposed Order

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DISTRICT – BAY CITY**

| | |
|---|---|
| In re: | Chapter 11 |
| **TREETOPS ACQUISITION COMPANY, LLC,** | Case No. 14-22602-dob |
| Debtor. | Hon. Daniel S. Opperman |
| _____/ | |

**ORDER ADJOURNING HEARING ON FINAL APPROVAL
OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF
REORGANIZATION OF TREETOPS ACQUISITION COMPANY, LLC**

Upon the stipulation of Treetops Acquisition Company, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), Otsego County Treasurer, the United States Trustee and Melling Resorts International, Inc. and Melling Tool Co., for entry of an order (i) extending the deadline for the Committee to file and serve any objection to approval of the disclosure statement and confirmation of the plan (an "Objection") and (ii) adjourning the hearing on final approval of the disclosure statement and confirmation of the plan (the "Confirmation Hearing"), as set forth in this Court's *Order Granting Preliminary Approval of the Disclosure Statement and Scheduling Confirmation Hearing* [Docket No. 53] (the "January 5 Order"); and the Court being fully advised in the premises;

THE COURT HEREBY ORDERS that:

1. The Confirmation Hearing (at which time the Court will consider final approval of the disclosure statement and confirmation of the plan) is adjourned to, and will be held on, February 26, 2015 at 2:30 p.m. in the U.S. Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708.

2. Any Objection must be (a) filed with the Court and (b) served upon the Debtor no later than 5:00 p.m. on February 23, 2015 (the "<u>Extended Deadline</u>"). The Extended Deadline shall apply only to the Committee. The deadline for any other party in interest to file and serve any objections to final approval of the disclosure statement or confirmation of the plan shall remain February 5, 2015, pursuant to and in accordance with the January 5 Order.

3. The deadline for all professionals to file final fee applications shall be extended to March 12, 2015.