UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DISTRICT – BAY CITY

In re:                                                                    Chapter 11

**TREETOPS ACQUISITION COMPANY, LLC,**        Case No. 14-22602-dob

    Debtor.                                                       Hon. Daniel S. Opperman
_____/

## ORDER ADJOURNING HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF REORGANIZATION OF TREETOPS ACQUISITION COMPANY, LLC

Upon the stipulation of Treetops Acquisition Company, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), Otsego County Treasurer, the United States Trustee and Melling Resorts International, Inc. and Melling Tool Co., for entry of an order (i) extending the deadline for the Committee to file and serve any objection to approval of the disclosure statement and confirmation of the plan (an "Objection") and (ii) adjourning the hearing on final approval of the disclosure statement and confirmation of the plan (the "Confirmation Hearing"), as set forth in this Court's *Order Granting Preliminary Approval of the Disclosure Statement and Scheduling Confirmation Hearing* [Docket No. 53] (the "January 5 Order"); and the Court being fully advised in the premises;

    THE COURT HEREBY ORDERS that:

    1.    The Confirmation Hearing (at which time the Court will consider final approval of the disclosure statement and confirmation of the plan) is adjourned to, and will be held on, February 26, 2015 at 2:30 p.m. in the U.S. Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708.

2. Any Objection must be (a) filed with the Court and (b) served upon the Debtor no later than 5:00 p.m. on February 23, 2015 (the "Extended Deadline"). The Extended Deadline shall apply only to the Committee. The deadline for any other party in interest to file and serve any objections to final approval of the disclosure statement or confirmation of the plan shall remain February 5, 2015, pursuant to and in accordance with the January 5 Order.

3. The deadline for all professionals to file final fee applications shall be extended to March 12, 2015.

.

**Signed on February 06, 2015**

                                            **/s/ Daniel S. Opperman**
                               **Daniel S. Opperman**
                               **United States Bankruptcy Judge**