**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DISTRICT – BAY CITY**

| | |
|---|---|
| In re: | Chapter 11 |
| **TREETOPS ACQUISITION COMPANY, LLC,** | Case No. 14-22602-dob |
| Debtor. | Hon. Daniel S. Opperman |
| _____/ | |

**STIPULATION FOR ENTRY OF SECOND ORDER REGARDING
ADJOURNMENT OF HEARING ON FINAL APPROVAL OF THE
DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN OF
REORGANIZATION OF TREETOPS ACQUISITION COMPANY, LLC**

Treetops Acquisition Company, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case, the Official Committee of Unsecured Creditors, Otsego County Treasurer, the United States Trustee, Melling Resorts International, Inc. and Melling Tool Co., by and through their undersigned counsel, hereby stipulate to entry of the proposed Second Order attached hereto as **Exhibit 1**, and respectfully request that the Court enter such proposed Order.

Dated:  February __, 2015

**KERR, RUSSELL AND WEBER, PLC**

By:___/s/ Jason W. Bank_____
    Jason W. Bank (P54447)
    500 Woodward Avenue,
    Suite 2500
    Detroit, MI  48226
    Telephone:  (313) 961-0200
    jwbank@kerr-russell.com

*Counsel for the Debtor and Debtor in
Possession*

**HONIGMAN MILLER SCHWARTZ
AND COHN LLP**

By:___/s/ Scott B. Kitei_____
    Joseph R. Sgroi (P68666)
    Scott B. Kitei (P78064)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI  48226
    Telephone:  (313) 465-7000
    jsgroi@honigman.com
    skitei@honigman.com

*Counsel for the Official Committee of
Unsecured Creditors*

**FOSTER SWIFT COLLINS & SMITH, P.C.**

By:    /s/ Scott A. Chernich
   Scott A. Chernich (P48893)
   David R. Russell (P68568)
   Patricia J. Scott (P73061)
   313 S. Washington Square
   Lansing, MI  48933
   Telephone:  (517) 371-8133
   schernich@fosterswift.com

*Counsel for Melling Resorts International, Inc.*
*and Melling Tool Co.*

**KILPATRICK & ASSOCIATES, P.C.**

By:    /s/ Leonora K. Baughman
   Richardo I. Kilpatrick (P35275)
   Leonora K. Baughman (P33534)
   903 N. Opdyke Road
   Suite C
   Auburn Hills, MI  48326
   Telephone:  (248) 377-0700
   ecf@kaalaw.com

*Counsel for Otsego County Treasurer*

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE REGION 9**

By:    /s/ Jill Gies
   Jill Gies (P56345)
   U.S. Dept. of Justice
   211 West Fort Street, Suite 700
   Detroit, MI  48226
   Telephone:  (313) 226-7913
   jill.gies@usdoj.gov

**EXHIBIT 1**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DISTRICT – BAY CITY**

In re:                                                    Chapter 11

**TREETOPS ACQUISITION COMPANY, LLC,**        Case No. 14-22602-dob

      Debtor.                                          Hon. Daniel S. Opperman

_____/

**SECOND ORDER ADJOURNING HEARING ON FINAL APPROVAL**
**OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF**
**REORGANIZATION OF TREETOPS ACQUISITION COMPANY, LLC**

Upon the stipulation of Treetops Acquisition Company, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), Otsego County Treasurer, the United States Trustee and Melling Resorts International, Inc. and Melling Tool Co., for entry of a second order (i) extending the deadline for the Committee to file and serve any objection to approval of the disclosure statement and confirmation of the plan (an "Objection") and (ii) adjourning the hearing on final approval of the disclosure statement and confirmation of the plan (the "Confirmation Hearing"), as set forth in this Court's *Order Granting Preliminary Approval of the Disclosure Statement and Scheduling Confirmation Hearing* [Docket No. 53] (the "January 5 Order"); and the Court being fully advised in the premises;

THE COURT HEREBY ORDERS that:

1.     The Confirmation Hearing (at which time the Court will consider final approval of the disclosure statement and confirmation of the plan) is adjourned to, and will be held on, **March 12, 2015 at 1:30 p.m.** in the U.S. Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708.

2.	Any Objection must be (a) filed with the Court and (b) served upon the Debtor no later than 5:00 p.m. on March 9, 2015 (the "Extended Deadline").  The Extended Deadline shall apply only to the Committee.  The deadline for any other party in interest to file and serve any objections to final approval of the disclosure statement or confirmation of the plan shall remain February 5, 2015, pursuant to and in accordance with the January 5 Order.

3.	The deadline for all professionals to file final fee applications shall be extended to March 26, 2015.

In re:                                                    Chapter 11

**TREETOPS ACQUISITION COMPANY, LLC,**      Case No. 14-22602-dob

    Debtor.                                        Hon. Daniel S. Opperman

_____/

## STIPULATION FOR ENTRY OF SECOND ORDER REGARDING ADJOURNMENT OF HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN OF <u>REORGANIZATION OF TREETOPS ACQUISITION COMPANY, LLC</u>

Treetops Acquisition Company, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case, the Official Committee of Unsecured Creditors, Otsego County Treasurer, the United States Trustee, Melling Resorts International, Inc. and Melling Tool Co., by and through their undersigned counsel, hereby stipulate to entry of the proposed Second Order attached hereto as **Exhibit 1**, and respectfully request that the Court enter such proposed Order.

Dated:  February __, 2015

**KERR, RUSSELL AND WEBER, PLC**          **HONIGMAN MILLER SCHWARTZ AND COHN LLP**

By:___/s/ Jason W. Bank_____     By:____/s/ Scott B. Kitei_____
    Jason W. Bank (P54447)                      Joseph R. Sgroi (P68666)
    500 Woodward Avenue,                        Scott B. Kitei (P78064)
    Suite 2500                                 2290 First National Building
    Detroit, MI  48226                         660 Woodward Avenue
    Telephone:  (313) 961-0200                 Detroit, MI  48226
    jwbank@kerr-russell.com                    Telephone:  (313) 465-7000
                                               jsgroi@honigman.com
_Counsel for the Debtor and Debtor in_           skitei@honigman.com
_Possession_

                                           _Counsel for the Official Committee of_
                                           _Unsecured Creditors_

**FOSTER SWIFT COLLINS & SMITH, P.C.**     **KILPATRICK & ASSOCIATES, P.C.**

By:   /s/ Scott A. Chernich             By:   /s/ Leonora K. Baughman
       Scott A. Chernich (P48893)               Richardo I. Kilpatrick (P35275)
       David R. Russell (P68568)                Leonora K. Baughman (P33534)
       Patricia J. Scott (P73061)                903 N. Opdyke Road
       313 S. Washington Square              Suite C
       Lansing, MI  48933                   Auburn Hills, MI  48326
       Telephone:  (517) 371-8133            Telephone:  (248) 377-0700
       schernich@fosterswift.com           ecf@kaalaw.com

*Counsel for Melling Resorts International, Inc.*     *Counsel for Otsego County Treasurer*
*and Melling Tool Co.*

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE REGION 9**

By:   /s/ Jill Gies
       Jill Gies (P56345)
       U.S. Dept. of Justice
       211 West Fort Street, Suite 700
       Detroit, MI  48226
       Telephone:  (313) 226-7913
       jill.gies@usdoj.gov

# EXHIBIT 1

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DISTRICT – BAY CITY**

In re:                                                    Chapter 11

**TREETOPS ACQUISITION COMPANY, LLC,**          Case No. 14-22602-dob

      Debtor.                                         Hon. Daniel S. Opperman

_____/

**SECOND ORDER ADJOURNING HEARING ON FINAL APPROVAL**
**OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF**
**REORGANIZATION OF TREETOPS ACQUISITION COMPANY, LLC**

Upon the stipulation of Treetops Acquisition Company, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), Otsego County Treasurer, the United States Trustee and Melling Resorts International, Inc. and Melling Tool Co., for entry of a second order (i) extending the deadline for the Committee to file and serve any objection to approval of the disclosure statement and confirmation of the plan (an "Objection") and (ii) adjourning the hearing on final approval of the disclosure statement and confirmation of the plan (the "Confirmation Hearing"), as set forth in this Court's *Order Granting Preliminary Approval of the Disclosure Statement and Scheduling Confirmation Hearing* [Docket No. 53] (the "January 5 Order"); and the Court being fully advised in the premises;

THE COURT HEREBY ORDERS that:

1.    The Confirmation Hearing (at which time the Court will consider final approval of the disclosure statement and confirmation of the plan) is adjourned to, and will be held on, **March 12, 2015 at 1:30 p.m.** in the U.S. Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708.

2.     Any Objection must be (a) filed with the Court and (b) served upon the Debtor no later than 5:00 p.m. on March 9, 2015 (the "<u>Extended Deadline</u>").  The Extended Deadline shall apply only to the Committee.  The deadline for any other party in interest to file and serve any objections to final approval of the disclosure statement or confirmation of the plan shall remain February 5, 2015, pursuant to and in accordance with the January 5 Order.

3.     The deadline for all professionals to file final fee applications shall be extended to March 26, 2015.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DISTRICT – BAY CITY

In re:                                          Chapter 11

**TREETOPS ACQUISITION COMPANY, LLC,**          Case No. 14-22602-dob

    Debtor.                                 Hon. Daniel S. Opperman

_____/

## STIPULATION FOR ENTRY OF SECOND ORDER REGARDING ADJOURNMENT OF HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN OF REORGANIZATION OF TREETOPS ACQUISITION COMPANY, LLC

Treetops Acquisition Company, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case, the Official Committee of Unsecured Creditors, Otsego County Treasurer, the United States Trustee, Melling Resorts International, Inc. and Melling Tool Co., by and through their undersigned counsel, hereby stipulate to entry of the proposed Second Order attached hereto as **Exhibit 1**, and respectfully request that the Court enter such proposed Order.

Dated:  February __, 2015

**KERR, RUSSELL AND WEBER, PLC**          **HONIGMAN MILLER SCHWARTZ AND COHN LLP**


By:___/s/ Jason W. Bank_____     By:____/s/ Scott B. Kitei_____
    Jason W. Bank (P54447)                     Joseph R. Sgroi (P68666)
    500 Woodward Avenue,                       Scott B. Kitei (P78064)
    Suite 2500                                2290 First National Building
    Detroit, MI  48226                        660 Woodward Avenue
    Telephone:  (313) 961-0200                Detroit, MI  48226
    jwbank@kerr-russell.com                   Telephone:  (313) 465-7000
                                                    jsgroi@honigman.com
                                                    skitei@honigman.com

*Counsel for the Debtor and Debtor in Possession*

                                                *Counsel for the Official Committee of Unsecured Creditors*

**FOSTER SWIFT COLLINS & SMITH, P.C.**     **KILPATRICK & ASSOCIATES, P.C.**


By: /s/ Scott A. Chernich

    Scott A. Chernich (P48893)
    David R. Russell (P68568)
    Patricia J. Scott (P73061)
    313 S. Washington Square
    Lansing, MI 48933
    Telephone: (517) 371-8133
    schernich@fosterswift.com

*Counsel for Melling Resorts International, Inc.
and Melling Tool Co.*

By: /s/ Leonora K. Baughman

    Richardo I. Kilpatrick (P35275)
    Leonora K. Baughman (P33534)
    903 N. Opdyke Road
    Suite C
    Auburn Hills, MI 48326
    Telephone: (248) 377-0700
    ecf@kaalaw.com

*Counsel for Otsego County Treasurer*


**DANIEL M. McDERMOTT
UNITED STATES TRUSTEE REGION 9**


By: /s/ Jill Gies

    Jill Gies (P56345)
    U.S. Dept. of Justice
    211 West Fort Street, Suite 700
    Detroit, MI 48226
    Telephone: (313) 226-7913
    jill.gies@usdoj.gov

# EXHIBIT 1

## Proposed Order

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DISTRICT – BAY CITY

In re:                                                    Chapter 11

**TREETOPS ACQUISITION COMPANY, LLC,**          Case No. 14-22602-dob

     Debtor.                                         Hon. Daniel S. Opperman

_____/

## SECOND ORDER ADJOURNING HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF REORGANIZATION OF TREETOPS ACQUISITION COMPANY, LLC

Upon the stipulation of Treetops Acquisition Company, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), Otsego County Treasurer, the United States Trustee and Melling Resorts International, Inc. and Melling Tool Co., for entry of a second order (i) extending the deadline for the Committee to file and serve any objection to approval of the disclosure statement and confirmation of the plan (an "Objection") and (ii) adjourning the hearing on final approval of the disclosure statement and confirmation of the plan (the "Confirmation Hearing"), as set forth in this Court's *Order Granting Preliminary Approval of the Disclosure Statement and Scheduling Confirmation Hearing* [Docket No. 53] (the "January 5 Order"); and the Court being fully advised in the premises;

THE COURT HEREBY ORDERS that:

1.     The Confirmation Hearing (at which time the Court will consider final approval of the disclosure statement and confirmation of the plan) is adjourned to, and will be held on, **March 12, 2015 at 1:30 p.m.** in the U.S. Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708.

2.       Any Objection must be (a) filed with the Court and (b) served upon the Debtor no later than 5:00 p.m. on March 9, 2015 (the "Extended Deadline").  The Extended Deadline shall apply only to the Committee.  The deadline for any other party in interest to file and serve any objections to final approval of the disclosure statement or confirmation of the plan shall remain February 5, 2015, pursuant to and in accordance with the January 5 Order.

3.       The deadline for all professionals to file final fee applications shall be extended to March 26, 2015.