**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DISTRICT – BAY CITY**

| | |
|---|---|
| In re: | Chapter 11 |
| **TREETOPS ACQUISITION COMPANY, LLC,** | Case No. 14-22602-dob |
| Debtor. | Hon. Daniel S. Opperman |
| _____/ | |

**STIPULATION FURTHER EXTENDING DEADLINE TO**
**FILE AN OBJECTION TO THE PLAN OF REORGANIZATION OF**
**TREETOPS ACQUISITION COMPANY, LLC**

Treetops Acquisition Company, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case, and the Official Committee of Unsecured Creditors (the "Committee"), by and through their undersigned counsel, have agreed to extend the deadline for the Committee to file and serve an Objection to approval of the disclosure statement and confirmation of the plan to a date that is three (3) days prior to the adjourned confirmation hearing to be scheduled by the Court. Debtor and the Committee hereby stipulate to entry of the proposed Order, attached hereto as **Exhibit 1**, and respectfully request that the Court enter such proposed Order.

Dated: March 9, 2015

| | |
|---|---|
| **KERR, RUSSELL AND WEBER, PLC** | **HONIGMAN MILLER SCHWARTZ AND COHN LLP** |
| By: /s/ Jason W. Bank | By: /s/ Scott B. Kitei |
| Jason W. Bank (P54447) | Joseph R. Sgroi (P68666) |
| 500 Woodward Avenue, | Scott B. Kitei (P78064) |
| Suite 2500 | 2290 First National Building |
| Detroit, MI 48226 | 660 Woodward Avenue |
| Telephone: (313) 961-0200 | Detroit, MI 48226 |
| jwbank@kerr-russell.com | Telephone: (313) 465-7000 |
| | jsgroi@honigman.com |
| *Counsel for the Debtor and Debtor in Possession* | skitei@honigman.com |
| | *Counsel for the Official Committee of Unsecured Creditors* |

# EXHIBIT 1

# Proposed Order

| | |
|---|---|
| In re: | Chapter 11 |
| **TREETOPS ACQUISITION COMPANY, LLC,** | Case No. 14-22602-dob |
| Debtor. | Hon. Daniel S. Opperman |
| _____/ | |

# ORDER FURTHER EXTENDING DEADLINE TO FILE AN OBJECTION TO THE PLAN OF REORGANIZATION OF TREETOPS ACQUISITION COMPANY, LLC

Upon the stipulation of Treetops Acquisition Company, LLC, as debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), and the Official Committee of Unsecured Creditors (the "Committee"), and the Court being fully advised in the premises;

THE COURT HEREBY ORDERS that:

1. The deadline for the Committee to file an objection to final approval of the disclosure statement and confirmation of the plan is hereby extended to 5:00 p.m. on _____, 2015, which is three (3) days prior to the date of the rescheduled confirmation hearing.